UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR99-062-TSZ |
| Plaintiff, ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| JOSEPH PETER STAHLEY, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on September 22, 2008. The United States was represented by AUSA Annette Hayes and the defendant by Jennifer Wellman. The proceedings were digitally recorded.

Defendant had been sentenced on or about July 23, 1999 by the Honorable Thomas S. Zilly on a charge of Bank Robbery, and sentenced to 108 months custody, 3 years supervised release. (Dkt. 21.)

The conditions of supervised release included the standard conditions plus the requirements that defendant submit to search, participate in a drug program, abstain from alcohol, submit to mandatory drug testing, participate in a mental health program, provide access to financial

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

information, and pay restitution in the amount of $4,573.

In an application dated September 9, 2008 (Dkt. 25 ), U.S. Probation Officer Richard B. Cowan alleged the following violations of the conditions of supervised release:

1. Failure to adequately participate in substance abuse treatment, beginning May 2008, in violation of special conditions.

2. Failure to abstain from consumption of alcohol, beginning May 2008, in violation of special conditions.

3. Failure to work at a lawful occupation unless excused by the probation officer, beginning on or about August 1, 2008, in violation of standard condition no. 5.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted alleged violations 1 and 2 and waived any evidentiary hearing as to whether they occurred. Defendant denied alleged violation 3.

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1 and 2, and that the Court conduct a hearing limited to the issue of disposition. An evidentiary hearing will be set before Judge Zilly on alleged violation 3, to occur at the same time as the disposition hearing on violations 1 and 2. The parties advise that they may be able to reach a resolution on this violation.

Pending a final determination by the Court, defendant has been detained.

DATED this 22nd day of September, 2008.

Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:           Honorable Thomas S. Zilly
     AUSA:                     Annette Hayes
     Defendant's attorney:     Jennifer Wellman
     Probation officer:        Richard B. Cowan

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3