# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH PETER STAHLEY,

    Defendant.

Case No. CR99-62-TSZ

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on September 10, 2009. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Annette Hayes, and defendant was represented by Carol Koller. Also present was U.S. Probation Officer Jennifer Van Flandern. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on July 23, 2009 by the Honorable Thomas S. Zilly for Bank Robbery. He received 108 months of imprisonment and 3 years of supervised release.

On October 15, 2008, supervised release was revoked after the Court found that Mr. Stahley had failed to abstain from alcohol, failed to participate in treatment, and failed to work at a lawful occupation unless excused by the probation officer. The Court sentenced Mr. Stahley to

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE- 1

up to two months custody to be followed by placement in a residential reentry center (RRC), or some other clean and sober housing for up to 120 days, as approved by the probation officer. The standard conditions were imposed, along with special conditions to include the requirement to abstain from use of alcohol and all intoxicants, participate in substance abuse testing and treatment, submit to search, participate in mental health treatment, pay restitution of $4, 573, provide access to financial information and the prohibition from obtaining new credit without the permission of the probation officer. Mr. Stahley's instant term of supervised release commenced on November 5, 2008. His supervision is set to expire on June 4, 2011.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated August 12, 2009, Senior U.S. Probation Officer Richard B. Cowen alleged that defendant violated the following conditions of supervised release:

1. Failure to abstain from consumption of alcohol beginning on or before July 23, 2009, in violation of the special condition requiring such.

2. Failure to notify the probation officer within 10 days of a change of employment on or about July 23, 2009, in violation of standard condition 6.

3. Failure to notify the probation officer within 10 days prior to a change of residence on or about July 23, 2009, in violation of standard condition 6.

4. Failure to submit a written report to the U.S. Probation Office within the first ive days of August 2009, in violation of standard condition 82.

The government amended violation 1 to read, failure to abstain from consumption of alcohol on or before July 23, 2009, in violation of the special condition requiring such. Defendant admitted amended violation 1, and violations 2, 3, and 4, waived any hearing as to whether they

occurred, and was informed the matter would be set for a disposition hearing October, 1, 2009 at 1:30 p.m. before District Judge Thomas S. Zilly.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 10th day of September, 2009.

/s/ BRIAN A. TSUCHIDA
BRIAN A. TSUCHIDA
United States Magistrate Judge